UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID KENT CHAPLIN,

        Plaintiff,                  Civil Action No. 17-13139
                                                 Honorable John Corbett O'Meara

v.

BETH A. ANDERSON and
GARRY M. GREENBERG,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge David R. Grand's November 17, 2017, report and recommendation. No objections have been filed to date. The court having fully reviewed and considered the matter;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date: December 12, 2017

I hereby certify that a copy of the foregoing document was served upon Plaintiff on this date, December 12, 2017, using first-class U.S. mail.

	s/William Barkholz
	Case Manager